# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Angela Isabel Villarreal-Gomez  **PRINCIPAL**
YOB: 1998
United States

United States Courts
Southern District of Texas
FILED

*04/07/2018*

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

Case Number:

M-18- 0738 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 5, 2018** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact Julia Bello-Damaso and Juana Salgado-Santos, citizens of Mexico, along with three (3) other undocumented aliens, for a total of five (5), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest in Rio Grande City, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**  **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 5, 2018, Border Patrol Agents received a camera activation displaying an image of several suspected illegal aliens walking north towards Trophy Street, in Rio Grande City, Texas. This area is frequently used by human smugglers to pick up undocumented aliens and is less than a mile away from the Rio Grande River. Shortly thereafter, a camera operator proceeded to scan the area and advised agents of several subjects walking north from the camera activation. The camera operator advised agents he also observed a sedan driving south on Trophy Street and stopped close to the location of the subjects. Moments later, the camera operator informed agents he no longer had visual of the subjects but observed the sedan traveling back north.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on April 07, 2018.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Salvador Mendez
Signature of Complainant

Salvador Mendez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**April 7, 2018**
Date

at   McAllen, Texas
City and State

**J Scott Hacker**, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 0738 -M

RE: Angela Isabel Villarreal-Gomez

## CONTINUATION:

Nearby agents responded and observed a silver Ford Fusion at a four way stop. The camera operator relayed to the agents that the Ford Fusion was the same vehicle he had been tracking. Due to the aforementioned facts, the agents activated their vehicle's emergency equipment and conducted a vehicle stop.

Agents approached the vehicle and observed a female drive later identified as Angela Isabel VILLARREAL-Gomez, a United States Citizen, along with a female front passenger and three adult males sitting in the back seat. When the agent made contact with VILLARREAL, she stated that she had been held at gunpoint and forced to pick up the subjects and that she had a subject in the trunk. Agents immediately instructed VILLARREAL to open the trunk and discovered a female subject laying inside. All five passengers were determined to be illegally present in the United States.

All subjects were placed under arrest and transported to the Border Patrol Station for processing. Once at the Border Patrol Station, VILLARREAL recanted her statement and admitted to agents that she lied about being held at gunpoint and being forced to pick up the subjects.

### PRINCIPAL STATEMENT
Angela Isabel Villarreal-Gomez, a United States Citizen, was read her Miranda Rights and agreed to provide a statement without an attorney present.

VILLARREAL stated she was hired by a smuggler to pick up and transport illegal aliens to a local car wash and was to be paid a $500 (USD). Once at the pickup location, VILLARREAL stated she was in contact by radio with a smuggler from Mexico who instructed her to put a female subject in the trunk of the car. VILLARREAL indicated she informed the smuggler the type car she was driving so that the illegal aliens would know what car to board. VILLARREAL claimed she has transported illegal aliens before.

### MATERIAL WITNESS 1
Julia BELLO-Damaso, a citizen of Mexico, was read her Miranda Rights and agreed to provide a statement.

BELLO stated her husband made her smuggling arrangements and was to pay $6500 (USD). Once in the United States, BELLO stated a foot guide informed them a grey car would be picking them up. BELLO claimed a female driver arrived and instructed them to board into the car. BELLO stated the female driver instructed her to board into the trunk of the car. BELLO claimed she was scared when she was inside the trunk and moments later Border Patrol stopped them.

BELLO identified VILLARREAL through a photo lineup as the driver who picked them up in the grey car.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 0738  -M

RE:    Angela Isabel Villarreal-Gomez

**CONTINUATION:**

**MATERIAL WITNESS 2**
Juana SALGADO-Santos, a citizen of Mexico, was read her Miranda Rights and agreed to provide a statement.

SALGADO stated a family friend made her smuggling arrangements and was to pay $7500 (USD). Once in the United States, SALGADO stated two-foot guides instructed her and several other individuals to board into a small grey car. Once in the car, SALGADO stated she sat in the front passenger seat. SALGADO claimed the driver of the grey car instructed one of the individuals to get into the trunk of the car. SALGADO indicated the driver of the grey car instructed them to relax and moments later Border Patrol stopped them.

SALGADO identified VILLARREAL through a photo lineup as the driver who picked them up in the grey car.